## PAUL G. IASIELLO *v.* JOHN R. MANSON, COMMISSIONER OF CORRECTION

The plaintiff's petition for certification for appeal from the Appellate Court, 12 Conn. App. 268, is denied.

*Hubert J. Santos,* in support of the petition.

Decided October 21, 1987

## STATE OF CONNECTICUT *v.* OTIS BASKINS

The defendant's petition for certification for appeal from the Appellate Court, 12 Conn. App. 313, is denied.

*Earl I. Williams,* in support of the petition.

Decided October 21, 1987

## STATE OF CONNECTICUT *v.* RICHARD A. SILLER

The defendant's petition for certification for appeal from the Appellate Court, 12 Conn. App. 395, is denied.

*James M. Connolly,* in support of the petition.

*Carolyn K. Longstreth,* deputy assistant state's attorney, in opposition.

Decided October 21, 1987

## STATE OF CONNECTICUT *v.* ALVIN L. MERRITT

The defendant's petition for certification for appeal from the Appellate Court, 11 Conn. App. 628, is denied.

*Carl D. Eisenman,* public defender, in support of the petition.

*Susann E. Gill,* assistant state's attorney, in opposition.

Decided October 21, 1987